# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DAVID RUETZ,**

            **Plaintiff,**

**-vs-**                                   **Case No. 6:06-cv-1629-Orl-31JGG**

**DEBORAH MAXMILLAN and INTERNAL REVENUE SERVICE,**

            **Defendants.**

_____

## ORDER

Upon consideration of Plaintiff's Motion to Remand (Doc. 13), his "affidavit" (Doc. 10), and Defendant's Response (Doc. 12), it is

**ORDERED** that the Motion is DENIED.

It is further **ORDERED** that Plaintiff shall have until December 1, 2006 to respond to Defendant's Motion to Dismiss (Doc. 5).

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 20, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party